JS6/STAYED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| RHONERY MANGAHAS,<br><br>    Plaintiff,<br><br>v.<br><br>LOANME, INC.,<br><br>    Defendant. | CASE NO. 8:16-cv-00087-AG-DFM<br><br>Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**ORDER GRANTING STIPULATION TO SUBMIT ACTION TO ARBITRATION AND STAY ACTION**<br><br>[No Hearing Required]<br><br>Date Filed: January 20, 2016 |

The Court, having considered the Stipulation to Submit Action to Arbitration and Stay Action (the "Stipulation") entered into between the parties, and finding that good cause exists, hereby orders as follows:

1. The Stipulation is GRANTED.

2. The claims for relief asserted by Plaintiff in her Complaint against Defendant in this action must be submitted to arbitration in accordance with the Note.

3. Plaintiff will commence arbitration before either the American Arbitration Association or JAMS and the arbitration will be conducted in compliance with applicable rules.

4. This action will be stayed pending completion of the arbitration proceeding.

5. The Court will retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

IT IS SO ORDERED.

DATED: FEBRUARY 10, 2016

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

6. THE PARTIES ARE ORDERED TO APPEAR AT A STATUS CONFERENCE ON AUGUST 8, 2016 AT 9:00 A.M. IF THIS CASE IS DISMISSED BEFORE THEN, APPEARANCE WILL NOT BE REQUIRED.